242 So.2d 242

**CITY OF BATON ROUGE**

v.

**Reginald T. BAHLINGER.**

No. 51061.

Dec. 30, 1970.

The ruling of the trial judge is annulled and set aside at this time. It is ordered that the testimony of Charles Stevenson as to the results of the intoximeter test be admitted on the showing recited in the Bill of Exception perfected by the City of Baton Rouge. The Court reserves to defendant the right to reurge this issue in the event of conviction, based upon a properly reserved Bill of Exceptions. See State v. Carey, 245 La. 79, 156 So.2d 799.